UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EUGENE JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number: 13-cv-820-CVE-PJC |
| | ) |
| PROGRESSIVE NORTHERN | ) |
| INSURANCE COMPANY | ) |
| | ) |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The following parties to this lawsuit, Plaintiff, Eugene Johnson, and Defendant, Progressive Northern Insurance Company, pursuant to Fed. R. Civ. P. 41, stipulate this case should be dismissed with prejudice. All respective parties to bear their respective attorney fees and costs.

Dated this 6th day of May 2014.

| | |
|---|---|
| s/ William Chadwick McLain | /s Brad L. Roberson |
| William Chadwick McLain, OBA No. 19349 | *(Signed by filing Attorney With* |
| Daniel B. Graves, OBA No. 16656 | *Permission of Attorney)* |
| GRAVES MCLAIN P.L.L.C. | Brad L. Roberson, OBA No. 18819 |
| Boulder Towers | PIGNATO, COOPER, KOLKER & ROBERSON, P.C. |
| 1437 S. Boulder Avenue, Suite 1010 | Robinson Renaissance Building, 11th Floor |
| Tulsa, Oklahoma 74119 | 119 North Robinson Avenue |
| Telephone:    918-359-6600 | Oklahoma City, Oklahoma 73102 |
| 800-390-6600 | Telephone:    405-606-3333 |
| Facsimile:    918-359-6605 | Facsimile:    405-606-3334 |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |